FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 14, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DANIEL R.,<br><br>      Plaintiff,<br><br>  v.<br><br>FRANK BISIGNANO,<br>COMMISSIONER OF SOCIAL<br>SECURITY,<br><br>      Defendant. | No: 4:25-cv-05160-RLP<br><br>ORDER GRANTING MOTION TO<br>DISMISS WITHOUT PREJUDICE |

BEFORE THE COURT is Plaintiff's Motion to Withdraw Claim, ECF No. 12, which the Court construes as a motion to dismiss under FRCP 41(a)(2).

Accordingly, IT IS ORDERED that the Motion, **ECF No. 12**, is **GRANTED**, and Plaintiff's claim is dismissed without prejudice.  The District Court Executive is directed to enter this order, provide copies to counsel, and **CLOSE** the file.

**DATED** May 14, 2026.

REBECCA L. PENNELL
United States District Judge

ORDER GRANTING MOTION TO DISMISS ~ 1